Francis McIntyre et al. *v.* Town of Sherman et al.

The plaintiffs' "Motion to Amend" in the appeal from the Superior Court in Fairfield County is denied.

*Harold A. Bochino,* in support of the motion.

*Stephen W. Leermakers,* in opposition.

Submitted February 4—decided March 5, 1974

Matteo Minnelli *v.* George H. Poulos et al.

The plaintiff's motion dated February 7, 1974, for an extension of time in which to file his briefs in the appeal from the Superior Court in New Haven County is granted.

*Alfonse C. Fasano,* in support of the motion.

*Wesley W. Horton,* in opposition.

Submitted February 8—decided March 5, 1974

Alan R. Varley *v.* Nina B. Varley

The defendant's "Motion for Additional Amendments to Amended Draft Finding" dated January 15, 1974, and the attachment dated January 25, 1974, in the appeal from the Superior Court in Hartford County is dismissed.

*Nina B. Varley,* pro se, in support of the motion.

Submitted February 11—decided March 5, 1974

Matteo Minnelli *v.* George H. Poulos et al.

The defendants' motion to strike the plaintiff's brief and appendix on the ground that they were not timely filed in the appeal from the Superior Court in New Haven County is denied.

*Wesley W. Horton,* in support of the motion.

Submitted February 13—decided March 5, 1974